## Commonwealth *v.* Collaso, Appellant.

Submitted January 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*V. Clayton McQuiddy, III,* Assistant Public Defender, and *William J. Gallagher,* Public Defender, for appellant.

*Michael Joseph Melody, Jr.,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Order affirmed.